IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILL J. PACE,

   Appellant,

v.

THE BANK OF NEW YORK,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0106

Opinion filed May 3, 2017.

An appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

Graham W. Syfert of FL/GA Attorney at Law, Jacksonville, and Alyscha Lauren Johnson, Jacksonville, for Appellant.

Martin S Awerbach and Michael A. Cohn of Awerbach/Cohn, Clearwater; Nancy M. Wallace and Ryan D. O'Connor of Ackerman, LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; Joseph S. Troendle of Akerman Senterfitt, Jacksonville, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.